689 CUMMINS vs. CIRCUIT JUDGE (Muskegon), No. 15847½.

To set aside a non-suit which was entered because plaintiff, in a suit against a railway company for damages, occasioned by fire from defendant's right of way, had failed to file or serve a bill of particulars, which had been demanded.

Order to show cause denied October 6, 1896.

Relator contended that inasmuch as the declaration was special, defendant was not entitled to a bill of particulars. Citing

Everett vs. Circuit Judge, 39 M., 437 (332). Kehrig vs. Peters, 41 M., 475; Shadock vs. Plank Road Co., 79 M., 9; Van Vranken vs. Circuit Judge, 85 M., 140 (328).

690 CITY OF DETROIT vs. CIRCUIT JUDGE (Wayne), No. 15365.

To vacate an order made September 23, 1895, entering a judgment nunc pro tunc, without notice or consent, on a verdict rendered March 12, 1894, in an action of tort, the effect of which was to cut off the adverse parties' right of appeal and enable plaintiff to collect interest on his judgment from the date of the verdict.

Granted February 25, 1896, with costs against plaintiff.